UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD W. REYNOLDS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-cv-00069-PLM-PJG |
| GREG TALBERG, et al., | ) Hon. Paul L. Maloney |
| Defendants, | ) **ORAL ARGUMENT** |
| STAND WITH TRANS, a Michigan Corporation, and WILLIAMSTON HIGH SCHOOL GAY-STRAIGHT ALLIANCE, an unincorporated association, | ) **REQUESTED** |
| Proposed Defendant-Intervenors. | ) |

**STAND WITH TRANS AND WILLIAMSTON HIGH SCHOOL
GAY-STRAIGHT ALLIANCE'S MOTION TO INTERVENE AS DEFENDANTS
PURSUANT TO FED. R. CIV. P. 24(b)**

Stand with Trans and the Williamston High School Gay-Straight Alliance (together, "Movants"), through their undersigned attorneys, respectfully submit their Motion to Intervene as Defendants Pursuant to Fed. R. Civ. P. 24(b) (the "Motion"). In support of this Motion, Movants respectfully refer the Court to the accompanying Brief in Support.

Pursuant to the Western District of Michigan Local Rule 7.1(d), counsel for Movants contacted counsel for Plaintiffs and for the existing Defendants, to request concurrence in the relief requested in this Motion. Defendants concur in the relief requested. However, Plaintiffs' counsel did not concur, thus necessitating the filing of this Motion.

WHEREFORE, Movants respectfully request that this Honorable Court grant their Motion and permit them to intervene in this case as defendants.

Respectfully submitted,

Date:  March 12, 2018

Jay D. Kaplan (P38197)
Daniel S. Korobkin (P72842)
Michael J. Steinberg (P43085)
American Civil Liberties Union Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6812
jkaplan@aclumich.org
dkorobkin@aclumich.org
msteinberg@aclumich.org

John A. Knight*
American Civil Liberties Union Foundation
150 North Michigan Avenue
Suite 600
Chicago, IL 60601
(312) 201-9740
jaknight@aclu.org

Shayna Medley-Warsoff*
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
smedley@aclu.org

/s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (P68258)
Matthew Lund (P48632)
Pepper Hamilton LLP
4000 Town Center
Suite 1800
Southfield, MI 48075
(248) 359-7300
kovskyd@pepperlaw.com
lundm@pepperlaw.com

*Applications for admission forthcoming*

*Counsel for Proposed Defendant-Intervenors*