**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **EDWARD W. REYNOLDS, et al.,** | **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(d) AND PROOF OF SERVICE** |
| **Plaintiffs,** | |
| -vs- | Case No.: 1:18-cv-00069-PLM-PLG |
| **GREG TALBERG, et al.,** | HON. PAUL L. MALONEY |
| **Defendants.** | |

**David A. Kallman**      (P34200)
**Stephen P. Kallman**    (P75622)
**Erin E. Mersino**       (P70886)
**GREAT LAKES JUSTICE CENTER**
**Attorneys for Plaintiffs**
**5600 W. Mount Hope Hwy.**
**Lansing, MI 48917**
**(517) 322-3207**

**Timothy J. Mullins**    (P28021)
**Kenneth B. Chapie**     (P66148)
**GIARMARCO, MULLINS & HORTON, P.C.**
**Attorneys for Defendants**
**101 W. Big Beaver Road, 10th Floor**
**Troy, MI 48084**
**(248) 457-7020**

GREAT LAKES JUSTICE CENTER

**CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.1(d)**

**NOW COME** the above-named Plaintiffs, by and through their undersigned counsel, and together bring this Certificate of Compliance with Local Rule 7.1(d) pursuant to Western District of Michigan Local Rules 7.1(d), and in support thereof state the following:

1.      Plaintiffs e-mailed Defendants' counsel, Timothy Mullins, on Friday, March 16, 2018 and requested concurrence for an extension of time to respond to their Motion to Dismiss.

1

2. As stated in Plaintiffs' Motion for Extension of Time, Plaintiffs requested that they be permitted to have 28 days from when the Court rules on the issue of the ACLU's intervention to respond to any Motions to Dismiss.

3. Defendants' counsel responded via e-mail on Monday, March 19, 2018 and refused to grant concurrence for the extension.

4. Plaintiffs thus filed his Motion for Extension of Time on March 19, 2018.

Respectfully submitted,

**GREAT LAKES JUSTICE CENTER:**

*/s/ David A. Kallman*
By:  David A. Kallman          (P34200)
Attorney for Plaintiffs

## PROOF OF SERVICE

David A. Kallman hereby states that he did serve a copy of Plaintiffs' Certificate of Compliance with Local Rule 7.1(d) on March 20, 2018 pursuant to Fed. R. Civ. P. 5(d) via the United States District Court for the Western District of Michigan electronic filing system.

*/s/ David A. Kallman*
By:  David A. Kallman          (P34200)
Attorney for Plaintiffs

GREAT LAKES JUSTICE CENTER