UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD W. REYNOLDS, et al.,

    Plaintiffs,

v.

GREG TALBERG, et al.,

    Defendants.

_____/

Case No. 1:18-cv-69

HONORABLE PAUL L. MALONEY

## ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME

Pending before the Court is Plaintiffs' motion for extension of time to file their response to pending motions to dismiss. Plaintiffs seek an order that provides them with 28 days after resolution of the Movants' motion to intervene to respond to all pending motions to dismiss. Defendants do not concur in the request (ECF No. 14). Upon due consideration of the motion, the Court will grant an extension of deadlines, but not as Plaintiffs request. Accordingly,

**IT IS HEREBY ORDERED** that the motion for extension of time to file response (ECF No. 12) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that Plaintiffs are granted an additional 28 days to file a response to Defendants' motion to dismiss (ECF No. 7).

**IT IS FURTHER ORDERED** that if intervention is granted, Plaintiffs will be granted an additional 28 days to file their response to Movants' motion to dismiss (ECF No. 11).

Dated: March 21, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge