# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-cv-00069-PLM | 7/12/2019 | 2:20 – 3:04 PM | Phillip J. Green |

## CASE CAPTION

Reynolds et al v. Talberg et al

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| David A. Kallman | Plaintiff s |
| Kenneth B. Chapie | Defendants |
| Daniel S. Korobkin<br><br>Jay David Kaplan<br><br>Shayna Medley-Warsoff | Movants |

## PROCEEDINGS

**NATURE OF HEARING:**

Motion Hearing held regarding ECF No. 8; Motion granted in part and denied in part; order to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema