UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

EDWARD W. REYNOLDS, et al.,

   Plaintiffs,

v.

GREG TALBERG, et al.,

   Defendants,

WILLIAMSTON HIGH SCHOOL GAY-STRAIGHT ALLIANCE,

   Intervenor-Defendant.
_____/

Hon. Paul L. Maloney
Hon. Phillip J. Green

Case No. 1:18-cv-00069-PLM-PJG

## ORDER

This matter is before the Court on a motion to intervene by Stand with Trans and the Williamston High School Gay-Straight Alliance. (ECF No. 8). Defendants do not oppose the motion. Plaintiff's do, and they have filed a response. (ECF No. 16). With leave of Court, movants filed a reply. (ECF No. 23). The Court conducted a hearing today at which all interested parties appeared. Having considered the oral and written submissions, and for the reasons stated on the record in open court, the motion to intervene (ECF No. 8) is **GRANTED in part** and **DENIED in part**. Accordingly,

   **IT IS ORDERED** that the Williamston High School Gay-Straight Alliance is **GRANTED** leave to intervene as a defendant in this matter.

The motion to intervene (ECF No. 8) is otherwise **DENIED**.

**IT IS SO ORDERED**.

Date: July 12, 2019 /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge