UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

EDWARD W. REYNOLDS, et al.,

    Plaintiffs,

v.

GREG TALBERG, et al.,

    Defendants,

WILLIAMSTON HIGH SCHOOL GAY-STRAIGHT ALLIANCE,

    Intervenor-Defendant.
_____/

Case No. 1:18-cv-69

Honorable Hala Y. Jarbou

## ORDER

For the reasons set forth in the Opinion entered this date,

**IT IS ORDERED THAT** Defendants' motion to dismiss (ECF No. 7) is **GRANTED**.

**IT IS FURTHER OREDERED THAT** Defendant-Intervenor's motion to dismiss (ECF No. 11) is **DENIED** as moot.

**IT IS FURTHER ORDERED THAT** the Michigan Attorney General's motion to file an amicus brief (ECF No. 30) is **DENIED** as moot.

Dated:  October 30, 2020
    /s/ Hala Y. Jarbou
    Hala Y. Jarbou
    United States District Judge