UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EDWARD W. REYNOLDS, et al.,

      Plaintiffs,

v.

GREG TALBERG, et al.,

      Defendants,

WILLIAMSTON HIGH SCHOOL GAY-STRAIGHT ALLIANCE,

      Intervenor-Defendant.

_____/

Case No. 1:18-cv-69

Honorable Hala Y. Jarbou

## JUDGMENT

In accordance with the Opinion and Order entered this date,

**IT IS ORDERED THAT** Plaintiffs' complaint is **DISMISSED** for lack of jurisdiction and failure to state a claim.

Dated: October 30, 2020

/s/ Hala Y. Jarbou
Hala Y. Jarbou
United States District Judge

1